In the Matter of JOHN B. KELLY, Petitioner, v. CHARLES G. LEEDHAM, as Commissioner of the Department of Marine and Aviation of the City of New York, et al., Respondents.—

Concur — Stevens, P. J., Capozzoli, McGivern, Markewich and Tilzer, JJ.